No. 10–1311. BLUE BELL CREAMERIES, LP *v.* ROBERTS, COMMISSIONER, TENNESSEE DEPARTMENT OF REVENUE. Sup. Ct. Tenn. Certiorari denied.

No. 10–1313. CLELLAN *v.* OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 10–1317. MILES CHRISTI RELIGIOUS ORDER ET AL. *v.* TOWNSHIP OF NORTHVILLE, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1319. JAKUBOWSKI *v.* CHRIST HOSPITAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1321. REYNOLDS *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–1330. JONES *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1381. SACKS *v.* SACKS ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–1397. COX *v.* DESOTO COUNTY, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 10–1406. LEITCH *v.* MERKLEY. Ct. App. Ore. Certiorari denied.

No. 10–1419. PULLINS *v.* DISCIPLINARY COUNSEL. Sup. Ct. Ohio. Certiorari denied.

No. 10–7013. LITTLEJOHN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 10–7057. DEARBORN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 10–8321. MELTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8434. DAVIS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.